1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Waylon McMullen
5

6

7          **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 UNITED STATES OF AMERICA,         )  No. CR 01-20059    JW
                                     )  No. CR 04-20025    JW
12                      Plaintiff,   )
                                     )  STIPULATION RE CONTINUANCE
13         v.                        )  OF SENTENCING DATE;
                                     )  [PROPOSED] ORDER
14 WAYLON MCMULLEN        ,          )
                                     )
15                      Defendant.   )
                                     )
16

17     It is hereby stipulated between the defendant Waylon McMullen, by and through his attorney

18 of record VICKI H. YOUNG, and the government, through Assistant United States Attorney David

19 Callaway, that the sentencing date of December 15, 2008, at 1:30 p.m. be continued to January 12,

20 2009, at 1:30 p.m.

21     The reason for this continuance is that defense counsel needs additional time to provide

22 information to the probation officer prior to the completion of the draft report.

23     U.S. Probation Officer Charlie Mabie has been notified of this continuance and has no

24 objection to the new date.

25     It is so stipulated.

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 1 -

1 | Dated: November 20, 2008         Respectfully submitted,

                                    /s/ Vicki H. Young
                                    VICKI H. YOUNG, ESQ.
                                    Attorney for Waylon McMullen

6 | Dated: November 20, 2008         JOSEPH RUSSIONELLO
                                    UNITED STATES ATTORNEY

                                     /s/  David Callaway
                                    DAVID CALLAWAY
                                    Assistant United States Attorney

## ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the sentencing date of December 15, 2008, is continued to January 12, 2009 at 1:30 PM.

IT IS SO ORDERED.

DATED: November 20, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER