```
1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Waylon McMullen
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 01-20059 JW |
|---|---|
| | ) No. CR 04-20025 JW |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION RE BRIEFING |
| | ) SCHEDULE; [PROPOSED] ORDER |
| WAYLON MCMULLEN, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated between the defendant Waylon McMullen, by and through his attorney of record Vicki H. Young, and the government, through Assistant United States Attorney David R. Callaway, that the briefing schedule for the May 4, 2009, sentencing/restitution hearing be set as follows:

| | |
|---|---|
| March 23, 2009 - | Defendant's Brief |
| April 6, 2009 - | Government's Response |
| April 20, 2009 - | Defendant's Response |
| May 4, 2009 - | Sentencing/Restitution hearing |

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER

- 1 -

1  ///

2

3      It is so stipulated.

4  Dated:      February 5, 2009            Respectfully submitted,

5

6

7                                           /s/ Vicki H. Young
                                            VICKI H. YOUNG, ESQ.
                                            Attorney for Waylon McMullen
8

9  Dated:      February 5, 2009            JOSEPH RUSSIONIELLO
                                            UNITED STATES ATTORNEY
10

11
                                            /s/ David R. Callaway
12                                          DAVID R. CALLAWAY
                                            Assistant United States Attorney
13

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER

- 2 -

1
2
xxxxxxxxxxx **ORDER**

3   GOOD CAUSE BEING SHOWN, the briefing schedule for the May 4, 2009,
4 sentencing/restitution hearing is set as follows:

5   March 23, 2009 -   Defendant's Brief
6   April 6, 2009 -    Government's Response
7   April 20, 2009 -   Defendant's Reply
8   May 4, 2009 -      Sentencing/Restitution Hearing  at 1:30 PM

9
10   IT IS SO ORDERED.

11
12 DATED:  March 16, 2009

_____
13                                JAMES WARE
                                   UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION RE BRIEFING SCHEDULE;
[PROPOSED] ORDER
- 3 -